UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD F. BIBBINS,

                 Plaintiff,

    v.

DES MOINES POLICE DEPARTMENT, *et al.*,

                 Defendants.

Case No. C13-139RAJ

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The court has reviewed the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record. The court observes that Plaintiff neither responded to the motion for summary judgment that led to the R&R nor did he object to the R&R.

The court ADOPTS the R&R (Dkt. # 35) and thereby grants Defendants' motion for summary judgment. The clerk shall dismiss this case, enter judgment for Defendants, and ensure that Judge Donohue receives notice of this order.

Dated this 7th day of March, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER
PAGE - 1